UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Case No: 19-23263-BKC-JKO
Chapter 13

Maria Rosa De Cardenas

_____Debtor_____/

**MOTION TO AVOID JUDICIAL LIEN OF TIDEWATER FINANCE COMPANY A/K/A TIDEWATER CREDIT SERVICES ON HOMESTEAD REAL PROPERTY**

Debtor, Maria Rosa De Cardenas, by and through her undersigned attorney, respectfully moves this Court for order avoiding judicial lien on homestead real property, and in support thereof would show as follows:

1. On October 2, 2019, the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2. This Court has jurisdiction over this motion, filed pursuant to 11 U.S.C. §522(f) to avoid and cancel a judicial lien held by Tidewater Finance Company a/k/a Tidewater Credit Services on homestead property held by the Debtor.

3. On June 7, 2019, Tidewater Finance Company A/K/A Tidewater Credit Services recorded a judicial lien against homestead real property owned by the Debtor located at 7917 NW 62nd Court, Tamarac, Florida 33321-4625 and is more particularly described as follows: Lot 4, Block 5, Waterside, according to the Plat thereof as recorded in Plat Book 101, Page 22, of the Public Records of Broward County, Florida, Less the West ½ thereof. Parcel ID# 4941-09-30-0650. Said judicial lien is entered of record as a Default Final Judgment COCE-19-007164 recorded on June 7, 2019 with an Instrument Number# 115855901 in the amount of $4,193.26 a copy is attached to this motion.

4. The Debtor's interest in the subject homestead real property and encumbered by the lien has been claimed as fully exempt in the pending bankruptcy case.

5. The existence of Tidewater Finance Company a/k/a Tidewater Credit Services lien on Debtor's homestead real property impairs exemptions to which the Debtor would be entitled under 11 U.S.C. §522(b).

WHEREFORE, Debtor, Maria Rosa De Cardenas, respectfully moves this Court to enter an order avoiding and canceling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

Dated: February 2, 2019.

DCS Law Group
Elias Dsouza, Esquire
Attorneys for Debtor(s)
8751 W. Broward Blvd Ste 301
Plantation, Florida 33324
Phone: (954) 358-5911
Fax: (954) 357-2267

By: /s/ Elias L. Dsouza, Esquire
    Elias L. Dsouza, Esq.
    Florida Bar No. 399477

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).